DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SUSAN W. DE SAINT PHALLE,

Appellant,

v.

FRANCOIS DE SAINT PHALLE,

Appellee.

No. 2D21-36

_____

September 29, 2021

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Polk County; James A. Yancey, Judge.

Victor R. Smith and Jeffrey I. Burry of Victor R. Smith Law Group,
P.A., Winter Haven; John W. Foster of Family Complex Litigation &
Collaborative Group, Orlando, for Appellant.

Jean Marie Henne of Jean M. Henne, P.A., Winter Haven, for
Appellee.

PER CURIAM.

Dismissed.  *Cf. Lliteras v. Lliteras*, 413 So. 2d 859 (Fla. 4th

DCA 1982); *Bengisu v. Bengisu*, 12 So. 3d 283, 284 (Fla. 4th DCA

2009); *Kasm v. Kasm*, 933 So. 2d 48, 49–50 (Fla. 2d DCA 2006);

*Jooste v. Jooste*, 273 So. 3d 6, 7 (Fla. 4th DCA 2019).

CASANUEVA, LUCAS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.